IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DENNIS HOHOL,

    Petitioner,

  v.                                          Case No. 19-cv-993-bbc

MICHAEL MEISNER,

    Respondent.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing petitioner Dennis Hohol's petition for a writ of habeas corpus under 28 U.S.C. § 2254.

| /s/ | 5/1/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |